```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 2/29/08     │
└─────────────────────────┘
```



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MARTHA A. CALHOUN
Phone: (212) 788-0923
Fax: (212) 788-8877
E-mail: mcalhoun@law.nyc.gov

**RECEIVED JAN 9 - 2008 CHAMBERS OF COLLEEN McMAHON**

# MEMO ENDORSED

January 9, 2008

Via Facsimile
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*2/28/08 — Please have assigned Counsel contact chambers IMMEDIATELY*

Re: Myrie v. Calvoba et al.,
    07 Civ 8834 (CM)

Dear Judge McMahon:

      I am an Assistant Corporation Counsel and supervisor in the General Litigation Division in the office of Michael A. Cardozo, Corporation Counsel for the City of New York. I am in receipt of a courtesy copy of the complaint in the above-referenced action in which plaintiff, who is incarcerated and proceeding *pro se*, makes various allegations about his difficulties obtaining eye glasses. Plaintiff has named four individuals as defendants: a doctor, a file clerk and two correction officers. According to the docket report, none of the defendants have been served.

      To my dismay I also learned from a review of the docket report today that a pre trial conference had been scheduled before your Honor for January 4, 2008. I am deeply sorry that no one from this office appeared at that conference. It is our practice to assign cases to attorneys once a courtesy copy of the complaint is received. Unfortunately, this case was inadvertently not timely assigned, and, as a result, we were unaware of the conference.

      I am assigning this case to an attorney today and will ensure that the assigned attorney works with the Department of Correction to determine the full identities of the defendants if possible as well as information on how they may be served. We will provide this information to plaintiff and to the Court.

      Again, I apologize to the Court for any inconvenience our failure to appear at the January 4, 2008 conference may have caused.

Respectfully submitted,

Martha A. Calhoun
Assistant Corporation Counsel
(MC5009)

cc:   Raymond Myrie
      plaintiff *pro se*
      (By overnight mail)