Att: Honorable Judge Colleen McMahon

      My name is Raymond Myrie Jr. B&C#895-07-00320 and I'm currently writting you from Rikers' Island, GMDC(C-73) pertaining to the unsuccessful serving of the three defendants filed by the Marshals Service as per the USM-285 forms completed by myself. I filed three USM-285 forms with the three defendants mentioned in 07 CIV. 8834, however, either their names were incorrectly spelled, I didn't have their first names, or I didn't have a badge number.

      I received from the Marshals offfice on 12/26/07, a process receipt and return of service pertaining to all three of the USM-285 forms filed with the Marshals office stating unexecuted. In the letter received from the Marshals office, service was attempted on 12/07/07.

      I received a letter from The City Of New York Law Dept. located at 100 Church Street from Mr. Steve D. Weber (Assistant Corporation Counsel) assigned to case # 07 CIV. 8834 stating, none of the defendants name in my complaint has been served as of 03/04/08. The letter also stated that The New York City Department Of Correction are currently working to determine if possible the identities of the individuals named as defendants in my complaint and information on how they may be served.

      I receive another letter from Mr. Steven D. Weber on 03/18/08 pertaining to the three defendants named in 07 CIV 8834 (C)(M) who are Gina Willis, Dr. Jaime Calvo, and Correction Officer Kendall Dade, Bdg#14407. The letter then went on to specify that defendants Gina Willis and Dr. Jaime Calvo can be served at their business address at Prison Health Services,Inc. located at 49-04 19th Avenue, 1st floor Astoria, N.Y. 11105. Defendant Correctional Officer Dade can be served at Otis Bantum Correctional Center located at 1600 Hazen Street, East

---

5/2/2008
New summons to issue —
Must be served by July 11, 2008
*[signed]* C. McMahon

**MEMO ENDORSED**

04/29/08

Elmhurst, N.Y. 11370.

On the date of 11/15/07, the date in which the three USM-285 forms were filed with the Marshals Office, was within the 120 day period allowed. I'm now asking your permission Judge McMahon to request a new summons to be served by the Marshals Office being that the old summons has now expired.

Thanking You in advance for your time and cooperation.

Respectfully Submitted:
Mr. Raymond Myrie
Mr. Raymond Myrie Jr.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08