UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

Raymond Myrie, Jr.

        Plaintiff,                    07 Civ. 8834 (CM)

   -against-

Dr. Calvoba,
Gina *(Medical Records File Clerk)*,
C.O. Day *(11:00 p.m. - 7:00 a.m.)* and
A Officer *(O.B.C.C. Clinic)*
        Defendants.
_____x

### ORDER GRANTING PLAINTIFF'S MOTION FOR A NEW SERVICE PACKAGE

McMahon, J.:

    The office of the *Pro Se* Clerk is directed to provide plaintiff in the above captioned case with a new service package.

    Plaintiff has three days from receipt of the new service package to complete the service forms and forward them to the United States Marshals Service. The Marshals Service is to serve defendants with all deliberate speed. Proof of service of the summons and complaint on each of the defendants is to be filed with the court by July 11, 2008.

May 12, 2008

                                                  U.S.D.J.

BY FIRST CLASS MAIL TO DEFENDANT:

Raymond Myrie, Jr.
#895-07-00320
Motchan Detention Center
15-15 Hazen Street
East Elmhurst, NY 11370

BY INTEROFFICE MAIL TO:

*Pro Se* Clerk

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

Copies mailed/faxed/handed to counsel on 5/12/08