08/01/08

Att: Hon. Colleen McMahon

My name is Raymond Myrie Jr. and I'm corresponding to you pertaining to 07 CV 8834 (CM) in which I received a letter from Steven D. Weber (Assistant Corporation Counsel). Mr. Weber is employed by The City Of New York Law Department and is the representing attorney for the defendants Gina Willis, Jaime Calvo and Correction Officer Kendall Dade.

I recently received from Mr. Steven D. Weber a letter dated 07/23/08 along with a motion To Dismiss and a Memorandum Of Law In Support Of Defendants Motion To Dismiss The Complaint. Please keep mind that I'm incarcerated here on Rikers' Island (C-73) in which our mail isn't delivered in a timely fashion. In the defendants motion to dismiss, it states " Plantiff must serve opposition papers to Defendants' motion within two weeks after receipt of Defendants' moving papers. Reply papers, if any, are to be served five business days later."

I'm asking you Hon. Colleen McMahon if I could obtain an additional two week extension to reply to the defendants' motion. I'm also facing the dilemma of alarms sounding at any given time which may cancel out my morning law library session, as well as unavailibility of a typewriter, or the copier/xerox machine not working. I'm also facing another impending deadline pertaining to my case in Kings County.

With all of the above mentioned factors, I'm hoping that you comprehend my plight and will grant me an additional two weeks to respond. Both my case in Kings County as well as my Civil Case is essential and both are precedent.

Thanking you in advance for your time and consideration.

Respectfully Submitted

Mr. Raymond Myrie

**MEMO ENDORSED**

Copies mailed/faxed/handed to counsel on 8/6/08

8/6/08 Plaintiff has an additional 2 weeks to respond to Motion to dismiss

[signature: Colleen McMahon]

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08