

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
8/26/08

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

STEVEN D. WEBER
phone: 212-788-0957
fax: 212-788-0940
email: stweber@law.nyc.gov

August 26, 2008

**BY FAX**
Hon. Colleen McMahon
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**   Granted.

*[signature]* Colleen McMahon
8/26/08

Re: Raymond Myrie v. Caluoba, et al.,
  07 CIV 8834 (CM)

Dear Judge McMahon:

I am an Assistant Corporation Counsel assigned to represent the Defendants in the above-referenced case. I am writing to respectfully request an extension of time for Defendants to submit their reply to Plaintiff's opposition papers until September 12, 2008. This is the first request for an extension of time in this matter. As Plaintiff *pro se* is an incarcerated inmate, it was not feasible to obtain his prior consent to this request.

The SDNY CM/ECF system indicates that Plaintiff filed an affirmation in opposition to Defendants' motion to dismiss on August 25, 2008. It also indicates that Plaintiff has filed an Amended Complaint. To date, neither document has been received by this Office. Assuming that such documents are received shortly, and in accordance with Your Honor's individual practices, Defendants' reply papers will be required to be served on or about September 3, 2008. I will be out of the office on vacation between August 27, 2008, and September 2, 2008. Accordingly, Defendants request a brief extension of time, until September 12, 2008, to submit their reply papers.

Respectfully Submitted,

*[signature]*

Steven D. Weber
Assistant Corporation Counsel

cc: Raymond Myrie, by mail